JOHN G. HOLLAND, Respondent, v. CHARLES RICKETTS, Appellant.

*Holland* v. *Ricketts*, 157 App. Div. 885, appeal dismissed.
(Argued October 19, 1915; decided November 16, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 26, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial. The complaint alleged " That heretofore and on the 5th day of March, 1907, the above-named defendant, for value received, made, executed and delivered his promissory note in writing whereby he promised and agreed to pay to the above-named plaintiff the sum of three hundred and forty dollars and seventy-two cents ($340.72), with interest. * * * " Defendant moved to dismiss the complaint upon the ground that it did not state facts sufficient to constitute a cause of action as the note is pleaded as a non-negotiable note without stating the facts showing the consideration therefor, which motion was granted.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ?"

*A. C. Taylor* for appellant.

*Frank Hurley* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.